2010 JUL 13 PM 3:08

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ____

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2010 Grand Jury

| UNITED STATES OF AMERICA, | ) | CR No. 10- **CR 10 00758** |
|---|---|---|
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | [18 U.S.C. §§ 2261A(2)(A) and |
| | ) | 2261(b)(5): Stalking] |
| CHRISTOPHER OSINGER, | ) | |
| | ) | |
| Defendant. | ) | |

The Grand Jury charges:

[18 U.S.C. §§ 2261A(2)(A) and 2261(b)(5)]

1.   Between on or about March 24, 2010, and on or about March 29, 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHRISTOPHER OSINGER ("defendant OSINGER"), while outside of the State of California and with the intent to harass and to cause substantial emotional distress to a person, identified herein as "V.B.," in another state, namely California, used facilities of interstate commerce, including cellular telephone networks, electronic mail ("e-mail"), interstate wires, and the Internet, to engage in a

///

WLH:wlh

1  course of conduct, described in paragraph 2 below, that caused
2  substantial emotional distress to V.B.

3  DESCRIPTION OF COURSE OF CONDUCT

4      2.   Defendant OSINGER's course of conduct included, amongst
5  other things, the following:

6          a.   On or about March 24, 2010, defendant OSINGER sent
7  V.B. the following text message:  "Fuck me. Lol. Trust me after
8  this weekend ur going to feel like I ass FUKD U."

9          b.   On or about March 24, 2010, defendant OSINGER sent
10 V.B. the following text message:  "As I am siting here watch my
11 self on vido Fuck you. I notice how much of a fucking whore you
12 really were."

13         c.   On or about March 24, 2010, defendant OSINGER sent
14 V.B. the following text message:  "Am going to make sure u
15 fucking hate me.  After this weeknd."

16         d.   On or about March 24, 2010, defendant OSINGER sent
17 V.B. the following text message:  "So buckle up. This ride isn't
18 over just yet!!! And don't call me u won't ever have the rite to
19 hear  my voice. Again".

20         e.   On or about March 24, 2010, defendant OSINGER sent
21 V.B. the following text message:  "If I was you I get a big
22 bottle. To drink. Ur going to need it,,,I am going to site here
23 watch me fuck on tv. Its funny. U never lookd behind the".

24         f.   On or about March 24, 2010, defendant OSINGER sent
25 V.B. the following text message:  "big mirro.  In my room.  I
26 think the best vido is you ridding my dick but I still favor all
27 the doggie style. 1s. You look rite into the camra. I wanna".

28

2

1       g.   On or about March 24, 2010, defendant OSINGER sent

2   V.B. the following text message:  "crack up."

3       h.   On or about March 24, 2010, defendant OSINGER sent

4   V.B. the following text message:  "The firer fights been a huge

5   help in what I cam up with.  So enjoy... What's to come."

6       i.   On or about March 24, 2010, defendant OSINGER sent

7   V.B. the following text message:  "am about to pull the rug from

8   rite under ur sexy lil feet!!! Bi bi".

9       j.   On or about March 27, 2010, defendant OSINGER used

10  the Internet to create a Facebook page in a name close to V.B.'s

11  name.  The Facebook page contained, amongst other things, the

12  following items:

13      i.   suggestive and explicit photos of V.B.; and

14      ii.  demeaning statements, purportedly made by

15  V.B., such as--

16      (a)  "Activities:  I like to go out and be

17  the whore I am I uslly get a job and fuck my bosses rite now I

18  work for aflc look me up pass my pix around like I said am 100%

19  whore iell use guys I have few in Chicago I fuckd over looking

20  for more I just move to LA..just look alac and my last name and

21  give me a call I DO FUCK FOR MONEY SO DONT BE SHY";

22      (b)  "Interest:  well I am a whore who uses

23  guys i like dick BIG dick if you like to fuck me 8 shots of don

24  julio will do it....i like to be fuckd when am really drunk";

25      (c)  "About Me:  I LOVE TO RIDE DICK..GET ME

26  DRUNK AND IELL FUCK YOU AND YOUR FRIENDS";

27      (d)  "if you want video,,just send me ur

28  email";

3

(e)    "I SIT HERE WONDERING HOW MANY SUCKERS**
OOPPS I ME GUYS OVER HEHEH;" and

(f)    "THINKIN ABOUT HOW I CAN FUCK MORE GUYS
OVER."

k.    On or about March 27, 2010, defendant OSINGER used
the Internet to send a link to the Facebook page to V.B.'s
acquaintances.

l.    On or about March 27, 2010, defendant OSINGER used
the Internet to send an e-mail to a work colleague of V.B.'s that
contained suggestive and explicit photographs of, and derogatory
statements about, V.B.

m.    On or about March 27, 2010, defendant OSINGER used
the Internet to send an e-mail to a work colleague and friend of
V.B.'s that contained suggestive and explicit photographs of V.B.
and the text "dont trust this whore".

n.    On or about March 27, 2010, defendant OSINGER used
the Internet to send an e-mail to a work colleague and friend of
V.B.'s that contained the following text:

HI

I SEE YOU HAVE HER WORKING FOR YOU..HERES SOME TIPS IF YOU
WANNA FUCK HER

IF YOU HAVENT YET

DON JULIO GET A BOTTLE OF THE 1942

SHES A LAME FUCK BUT ITS WORTH THE MONEY YOU WILL PAY FOR IT

DONT TRUST THIS BITCH JUST A PERSON HELPING YOU

if you want video send a mesg back I got tons.

o.    On or about March 29, 2010, defendant OSINGER used
the Internet to send an e-mail to V.B.'s direct superior at her

4

1  employer that contained suggestive and explicit photographs of

2  V.B. and the following text:

3                       i.  "whore" in the subject line; and

4                      ii.  "HI I SEE YOU HAVE HER WORKING FOR YOU..HERES

5  SOME TIPS IF YOU WANNA FUCK HER IF YOU HAVENT YET DON JULIO GET A

6  BOTTLE OF THE 1942 SHES A LAME FUCK BUT ITS WORTH THE MONEY YOU

7  WILL PAY FOR IT DONT TRUST THIS BITCH JUST A PERSON HELPING YOU."

8

9                           A TRUE BILL

10

11                         Foreperson

12

13  ANDRÉ BIROTTE JR.
   United States Attorney

14

15

16  CHRISTINE C. EWELL
   Assistant United States Attorney

17  Chief, Criminal Division

18  WESLEY L. HSU
   Assistant United States Attorney

19  Chief, Cyber and Intellectual Property Crimes Section

20  JAYNE KIM
   Assistant United States Attorney

21  Cyber and Intellectual Property Crimes Section

22

23

24

25

26

27

28